No. 73–235. DeFunis et al. *v.* Odegaard et al. Sup. Ct. Wash. [Certiorari granted, 414 U. S. 1038.] Motions of National Association of Manufacturers of the United States and Committee on Academic Nondiscrimination and Integrity to file briefs as *amici curiae* denied.

No. 73–300. Saxbe, Attorney General, et al. *v.* Bustos et al.; and

No. 73–480. Cardona et al. *v.* Saxbe, Attorney General, et al. C. A. D. C. Cir. [Certiorari granted, 414 U. S. 1143.] Motion of California Farm Bureau Federation et al. for leave to participate in oral argument as *amici curiae* denied.

No. 73–434. Milliken, Governor of Michigan, et al. *v.* Bradley et al.;

No. 73–435. Allen Park Public Schools et al. *v.* Bradley et al.; and

No. 73–436. Grosse Pointe Public School System *v.* Bradley et al. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1038.] Motion of respondents Board of Education for the School District of the City of Detroit et al. for leave to participate in oral argument denied.

No. 73–437. Mobil Oil Corp. *v.* Federal Power Commission et al.;

No. 73–457. Public Service Commission of New York *v.* Federal Power Commission et al.; and

No. 73–464. Municipal Distributors Group *v.* Federal Power Commission et al. C. A. 5th Cir. [Certiorari granted, 414 U. S. 1142.] Motion of Shell Oil Co. to recuse Mr. Justice Douglas denied. Mr. Justice Powell took no part in the consideration or decision of this motion.